UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS DOWDY,

       Plaintiff,

vs.

       Case No. 04-CV-71548

       HON. GEORGE CARAM STEEH

MICHAEL SODERGREN and
WILLIAM GREEN,

       Defendants.
_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE

This case, brought *in pro per* by prisoner Thomas Dowdy, is again before this court following the Sixth Circuit's review of the court's entry of judgment for defendants. The Sixth Circuit has ruled by its case of <u>Jones Bey v. Johnson</u>, 407 F.3d 801, 805-06 (6th Cir. 2005), issued while this case was pending before the Sixth Circuit on direct review, that dismissal of a complaint *without prejudice* is mandated when a prisoner fails to exhaust available administrative remedies as to each and every claim for relief before filing suit in this court. <u>Dowdy v. Sodergren, et al.</u>, No. 05-1233, slip op. at 2 (6th Cir. Nov. 22, 2005).

The Sixth Circuit has therefore reversed this court's earlier judgment and remanded the case for proceedings consistent with <u>Jones Bey</u>. The mandate was

issued November 29, 2005. Accordingly, plaintiff's complaint is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated: December 19, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on December 19, 2005, by electronic and/or ordinary mail.

S/Josephine Chaffee
Secretary/Deputy Clerk